No. 04–10385. TYLER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–10388. ORTEGA-RAMIREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10393. DE LOS SANTOS-MORA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–10398. KUCERA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10399. JIMENEZ-MUCHACA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10777. KEUP v. WISCONSIN DEPARTMENT OF HEALTH AND FAMILY SERVICES ET AL. Sup. Ct. Wis. Motion of Heidi Singer, Personal Representative of the Estate of Althea Keup, for substitution as petitioner in place of Althea Keup, deceased, granted. Certiorari denied.

No. 04–621. PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY v. DYNEGY POWER MARKETING, INC., ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–994. LUCENT TECHNOLOGIES, INC. v. FELIX ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 04–1196. KELLEY v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Motion of Honorable J. Gibbons et al. for leave to file a brief as amici curiae granted. Certiorari denied.

No. 04–1430. JACKSON v. DELAWARE RIVER AND BAY AUTHORITY. C. A. 3d Cir. Motion of petitioner for leave to proceed as a seaman granted. Certiorari denied.